**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

John Doe, et al.
                            Plaintiff,

v.                                              Case No.: 1:25−cv−04235
                                                      Honorable Matthew F. Kennelly

Nienhouse Group, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, April 19, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion for leave to proceed anonymously as "Doe" plaintiffs [4] is granted. No party in this case may disclose the identity of the plaintiffs in this action in any public filings unless the party has prior permission from the Court to do so. Plaintiff should serve a copy of this order upon the defendants along with summons (or waiver of service). (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.