UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jane Doe and John Doe, | ) |
| | ) |
| Plaintiffs, | ) Case No. 1:25-cv-04235 |
| vs. | ) |
| | ) |
| Nienhouse Group, Inc., d/b/a TRAC Solutions and CAM Systems; Nick Lindsey; Catherine Nienhouse-Lindsey; and Robert Nienhouse, | ) Honorable Matthew F. Kennelly |
| | ) |
| | ) Magistrate Judge M. David Weisman |
| | ) |
| | ) |
| Defendants. | |

### NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on June 12, 2025, Plaintiffs will cause the attached Subpoena to produce documents to be served upon Verizon (Exhibit A). Defendants are receiving advance notice of the subpoena, before service, pursuant to Federal Rule of Civil Procedure 45(a)(4).

Dated: June 10, 2025

*Respectfully submitted,*

*/s/ James C. Vlahakis*
James C. Vlahakis
VLAHAKIS LAW GROUP LLC
20 North Clark Street, Suite 3300
Chicago, Illinois 60602
(312) 766-0511 (office)
(312) 648-6127 (direct)
jamesv@vlahakislaw.com

*Counsel for Plaintiffs*

# Exhibit A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jane Doe and John Doe, <br> *Plaintiff* <br> v. <br> Nienhouse Group, Inc., d/b/a TRAC Solutions and CAM Systems; <br> Nick Lindsey; Catherine Nienhouse-Lindsey; and Robert Nienhouse, <br> *Defendant* | ) ) ) ) ) ) ) <br> Civil Action No. 1:25-cv-04235 |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Verizon, ATTN: VSAT Compliance Team (Fax 888.667.0028)
180 Washington Valley Rd., Bedminster, NJ 07921

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**SEE ATTACHED RIDER**

| Place: James C. Vlahakis (jamesv@vlahakislaw.com) <br> Vlahakis Law Group LLC <br> 20 N. Clark Street, Suite 3300, Chicago, IL 60602 | Date and Time: <br> June 24, 2025 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

June 10, 2025.

CLERK OF COURT

OR

_____  /s/ *James C. Vlahakis*
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Jane Doe and John Doe, Plaintiffs , who issues or requests this subpoena, are:

James C. Vlahakis, Vlahakis Law Group LLC, 20 N. Clark St., Suite 3300, Chicago, IL 60602; jamesv@vlahakislaw.com; 312-648-6127

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:25-cv-4235

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

*Jane Doe and John Doe v. Nienhouse Group, Inc., et al.*
Northern District of Illinois Case No.: 1:25-cv-04235

### RIDER TO SUBPOENA ISSUED TO VERIZON

For the time period of **January 27, 2025, between the hours of 3:00 p.m. and 5:00 p.m.**, Central Time, please produce the following records pertaining to phone number **(708) 606-5429**:

1. Produce the text message log for the specific time period (time, sender, and recipient);

2. Produce the text message content (each actual text message);

3. Produce videos and/or photo attachments to any text message;

4. Produce all text messages sent from the subject phone number during the time period indicated above, and in doing so, please identify the recipient's telephone number and the content which may have been forwarded by any such message (such as videos or photo attachments);

5. Produce any text messages sent to (630)605-2308, including any attached images or videos;

6. Produce any text messages sent to (630) 605-0616, including any attached images or videos;

7. Produce any text messages sent to nicklindsey507@gmail.com, including any attached images or videos; and

8. Produce any text messages sent to pantone188c@gmail.com, including any attached images or videos.

**Please produce the records by email to jamesv@vlahakislaw.com. If you have any questions, please contact James Vlahakis by email or at 312-648-6127.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing **NOTICE OF SUBPOENA** was served via ECF on all counsel of record.

Date:  June 10, 2025          By: /s/ *James C. Vlahakis*