**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

John Doe, et al.
                           Plaintiff,

v.                                                            Case No.: 1:25−cv−04235
                                                                         Honorable Matthew F. Kennelly

Nienhouse Group, Inc., et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' status report. At yesterday's status hearing, the Court directed the parties to modify the proposed forensic examination order to provide for turnover (within 2 days) of the phones identified in the proposed draft for forensic examination, and identification by defendant Lindsey within 10 days of other devices to which he had access during the relevant period. On the latter, the Court contemplated that the parties would discuss in good faith a protocol for obtaining and examining those devices. The parties are directed to provide a Word version of a draft order, modified accordingly, to Judge Kennelly's proposed order email address by 12:00 noon today (6/11/2025). They should also provide a Word version of the agreed ESI order to the proposed order email address by the same date and time. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.