THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JANE DOE and JOHN DOE | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-cv-04235 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | |
| NIENHOUSE GROUP, INC. d/b/a TRAC SOLUTIONS and CAM SYSTEMS; NICK LINDSEY; CATHERINE NIENHOUSE-LINDSEY; and ROBERT NIENHOUSE | ) ) ) ) ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS CATHERINE NIENHOUSE-LINDSEY'S AND
ROBERT NIENHOUSE'S AMENDED OPPOSED MOTION FOR LEAVE TO
EXCEED THE PAGE LIMIT FOR THEIR MOTION TO DISMISS**

Defendants CATHERINE NIENHOUSE-LINDSEY ("Catherine Nienhouse" or "Catherine") and ROBERT NIENHOUSE ("Robert Nienhouse" or "Robert") (collectively, "Defendants" or "These Defendants"), by and through their attorneys, Patrick J. Ruberry and Zachary G. Stillman, of LITCHFIELD CAVO LLP, and for their Amended Opposed Motion for Leave to Exceed the Page Limit for their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), state as follows:

1. Local Rule 7.1 sets the page limit for briefs in support of any motion filed with this Court at 15-pages.

2. With prior approval of this Court, a party is permitted to move for an extension of such limit beyond 15 pages, so long as a table of contents and table of authorities are included therein. LR 7.1.

3. In the instant matter, Plaintiff has filed a 50-page complaint with this Court, asserting 12 separate counts, each and every one of which These Defendants plan to challenge the legal sufficiency of in their responsive pleading pursuant to Fed. R. Civ. P. 12(b)(6). (ECF No. 1.)

4. As a result, and given the numerous individual legal theories and statutes pursued by Plaintiff, These Defendants require additional pages to encompass fully their arguments against each count of Plaintiff's Complaint.

5. Accordingly, These Defendants respectfully request that this Court grant them leave to file a Motion to Dismiss consisting of 30 pages, not including the required table of contents and table of authorities.

6. Pursuant to Local Rule 7.1, These Defendants would also then include a table of contents and table of authorities.

7. On June 20, 2025, Counsel for Plaintiff was contacted regarding his opposition to this Motion. His response is attached hereto as Exhibit 1.

8. No party will be prejudiced by the Court granting this motion.

9. This motion was originally filed under ECF No. 44. Immediately subsequent to filing with the Court, Defendants were made aware that Defendant Nienhouse Group, Inc. would be joining their Motion to Dismiss. Accordingly, the requested page limit extension will also allow for an easier streamlined review of the briefing of these issues by the Court in a combined briefing. Defendants now amend their motion to add this detail accordingly.

WHEREFORE, Defendants, CATHERINE NIENHOUSE-LINDSEY and ROBERT NIENHOUSE, respectfully request that this Court grant this Motion for Leave to Exceed the Page Limit on their Motion to Dismiss, and enter an order allowing Defendants 30 pages for their Motion and for such other and further relief as the Court deems just and proper.

Dated: June 20, 2025                          Respectfully submitted,

                                                       LITCHFIELD CAVO LLP

                                  By:     */s/ Zachary G. Stillman*
                                                      One of the Attorneys for Defendants
                                                      CATHERINE NIENHOUSE-LINDSEY and
                                                      ROBERT NIENHOUSE

Patrick J. Ruberry (6188844)
Zachary G. Stillman (6342749)
LITCHFIELD CAVO LLP
303 West Madison Street , Suite 300
Chicago, IL 60606-3300
(312) 781-6675/6672
(312) 781-6630 fax
ruberry@litchfieldcavo.com
stillman@litchfieldcavo.com