THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JANE DOE and JOHN DOE | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-cv-04235 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | |
| NIENHOUSE GROUP, INC. d/b/a TRAC SOLUTIONS and CAM SYSTEMS; NICK LINDSEY; CATHERINE NIENHOUSE-LINDSEY; and ROBERT NIENHOUSE | ) ) ) ) ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS CATHERINE NIENHOUSE-LINDSEY'S AND ROBERT NIENHOUSE'S MOTION TO STRIKE AND REPLACE EXHIBIT 1 TO ECF NOS. 44 AND 45 (ECF NOS. 44-1, 45-1) WITH REDACTED VERSIONS**

Defendants CATHERINE NIENHOUSE-LINDSEY ("Catherine Nienhouse" or "Catherine") and ROBERT NIENHOUSE ("Robert Nienhouse" or "Robert") (collectively, "Defendants" or "These Defendants"), by and through their attorneys, Patrick J. Ruberry and Zachary G. Stillman, of LITCHFIELD CAVO LLP, for their Motion to Strike and Replace Exhibit 1 to their Motion for Leave to Exceed the Page Limit, and the amended version filed immediately after (ECF Nos. 44-1, 45-1), state as follows:

1. Defendants filed their Motion for Leave to Exceed Page Limit as to their Motion to Dismiss with the Court earlier today. (ECF No. 44.) Shortly thereafter, new information was obtained from counsels for Co Defendants as to the now Joint planned Motion to Dismiss, and an amended version of the Motion was filed with the Court. (ECF No. 45.) Both versions contained a single exhibit (Exhibit 1), consisting of an email received from Counsel for Plaintiff regarding his position on the Motion. (ECF Nos. 44-1, 45-1.)

1

2. Said email contains private financial information relating to all Defendants and the current financial status of Nienhouse Group, Inc., obtained by Counsel for Plaintiff in the course of discovery and mentioned in the body of the email.

3. Undersigned counsel inadvertently filed as their exhibits a non-redacted version of this email.

4. To avoid unnecessary disclosure of such sensitive material, Defendants seek to strike the existing exhibits and replace them with a redacted version, attached hereto as Exhibit 1.

5. Accordingly, These Defendants respectfully request that this Court strike Exhibit 1 to its Motions for Leave to Exceed Page Limit (ECF Nos. 44-1, 45-1), and replace them both with the redacted version attached hereto. Exhibit 1.

6. No party will be prejudiced by the Court granting this motion, but Defendant Nienhouse Group, Inc. may very well be if these exhibits are allowed to stay on the record.

WHEREFORE, Defendants, CATHERINE NIENHOUSE-LINDSEY and ROBERT NIENHOUSE, respectfully request that this Court grant this Motion to Strike and Replace Exhibit 1 to their Motion for Leave to Exceed the Page Limit, and the amended version filed immediately after (ECF Nos. 44-1, 45-1), and enter an order as follows:

1. Striking both Exhibit 1 documents from this Court's records (ECF Nos. 44-1, 45-1);

2. Replacing ECF Nos. 44-1 and 45-1 with the redacted version, attached to this Motion as Exhibit 1;

3. And for such other and further relief as the Court deems just and proper.

Dated: June 20, 2025                    Respectfully submitted,

                                                                                                   LITCHFIELD CAVO LLP

By:   */s/ Zachary G. Stillman*
      One of the Attorneys for Defendants
      CATHERINE NIENHOUSE-LINDSEY and
      ROBERT NIENHOUSE

Patrick J. Ruberry (6188844)
Zachary G. Stillman (6342749)
LITCHFIELD CAVO LLP
303 West Madison Street , Suite 300
Chicago, IL 60606-3300
(312) 781-6675/6672
(312) 781-6630 fax
ruberry@litchfieldcavo.com
stillman@litchfieldcavo.com