# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

John Doe, et al.
                              Plaintiff,

v.                                                     Case No.: 1:25−cv−04235
                                                              Honorable Matthew F. Kennelly

Nienhouse Group, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Certain defendants' original motion to file excess pages [44] is denied as moot. Those same defendants' amended motion to file a 30−page memorandum in support of a motion to dismiss [45] is granted on the express condition that the motion to dismiss will be a joint motion with defendant Nienhouse Group, Inc. and that defendant will not file a separate memorandum. Defendants' motion to place items under seal [46] is granted. The Clerk is directed to place docket entries 44−1 and 45−1 under seal. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.