THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JANE DOE and JOHN DOE | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-cv-04235 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | |
| NIENHOUSE GROUP, INC. d/b/a TRAC SOLUTIONS and CAM SYSTEMS; NICK LINDSEY; CATHERINE NIENHOUSE-LINDSEY; and ROBERT NIENHOUSE | ) ) ) ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW
APPEARANCE FOR DEFENDANT NIENHOUSE GROUP, INC.**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, the undersigned attorney representing Defendant Nienhouse Group, Inc. respectfully requests leave of court to withdraw the appearance of Patrick J. Ruberry as counsel for Nienhouse Group Inc.

Jonathan Ibarra and Ryan Neri have appearances already on file for Defendant Nienhouse Group, Inc., and will continue their representation following this withdrawal.

Patrick J. Ruberry will continue their representation of Defendants Catherine Lindsey (incorrectly named as Catherine Nienhouse-Lindsey) and Robert Nienhouse.

All counsels of record in this matter have confirmed that there is no opposition to this Motion.

WHEREFORE, the undersigned movant respectfully requests that this Court grant this motion, and enter an order directing that Patrick J. Ruberry be withdrawn as an attorney of record for Defendant Nienhouse Group, Inc. at this time.

| | |
|---|---|
| Dated: June 27, 2025 | Respectfully submitted, |
| | LITCHFIELD CAVO LLP. |
| | By: */s/ Patrick J. Ruberry*<br>One of the Attorneys for Defendants CATHERINE LINDSEY, ROBERT NIENHOUSE, and NIENHOUSE GROUP, Inc. |

Patrick J. Ruberry (6188844)
Zachary G. Stillman (6342749)
LITCHFIELD CAVO LLP
303 West Madison Street , Suite 300
Chicago, IL 60606-3300
(312) 781-6675/6672
(312) 781-6630 fax
ruberry@litchfieldcavo.com
stillman@litchfieldcavo.com