IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jane Doe and John Doe,<br><br>    Plaintiffs,<br><br>  v.<br><br>Nienhouse Group, Inc., Nick Lindsey, Catherine Nienhouse-Lindsey and Robert Nienhouse,<br><br>    Defendants. | No. 25-cv-04235<br><br>Judge Matthew F. Kennelly |

**JOINT STATUS REPORT REGARDING FORENSIC EXAMINATION**

As directed by this Court, the parties submit the following as their Joint Status Report relating to the Stipulation And Order Regarding (A) The Forensic Inspection Of Defendant Nick Lindsey's Electronic Devices And (B) The Production Of Electronically Stored Information ("Stipulation and Order") (ECF No. 43):

**I.**     **Status on "Devices"**

Pursuant to the terms of Dkt. 43, on today's date, the Vendor provided its analysis of the data at issue to defense counsel, and the Vendor's data and analysis will be exchanged pursuant to the terms of Dkt. 43

**II.**     **Status On Additional Devices**

The "Additional Devices," as defined in Paragraph 4 of the Stipulation And Order (ECF No. 43) were identified on June 20, 2025. At this point, the parties are in agreement that a forensic examination of the Additional Devices is not necessary, while the parties are awaiting the results of the examination of the three Devices at issue. All parties reserve all rights pending discovery

and the outcomes of the forensic examination of the Devices.

*Counsel for Plaintiffs*

/s/ *James C. Vlahakis*
James C. Vlahakis
Vlahakis Law Group LLC
20 N. Clark St., Suite 3300
Chicago, IL 60602
312-766-0511
jamesv@vlahakislaw.com

*Counsel for Defendant Nick Lindsey*

/s/ *Yates M. French*
Yates M. French and Jim W. Scales
Rathje Woodward LLC
300 E. Roosevelt Road, Suite 220
Wheaton, IL 60187
yfrench@rathjelaw.com
jscales@rathjelaw.com

*Counsel for Nienhouse Group, Inc.*

/s/ *Jonathon J. Ibarra*
Jonathon J. Ibarra and Ryan M. Neri
Wood Smith Henning & Berman LLP
222 S. Riverside Plaza, Suite 640
Chicago IL 60606
312-766-4457
jibarra@wshblaw.com

*Counsel for Robert Nienhouse & Catherine Nienhouse-Lindsey*

/s/ *Patrick J. Rubbery*
Patrick J. Rubbery
Litchfield Cavo LLP
303 W. Madison St. Suite 300
Chicago, IL 60606
312-781-6675
ruberry@litchfieldcavo.com

2