IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jane Doe and John Doe, | |
| Plaintiffs, | No. 25-cv-04235 |
| v. | Judge Matthew F. Kennelly |
| Nienhouse Group, Inc., Nick Lindsey, Catherine Nienhouse-Lindsey and Robert Nienhouse, | |
| Defendants. | |

**PLAINTIFFS' *UNOPPOSED* MOTION TO
EXTEND TIME TO FILE A FIRST AMENDED COMPLAINT**

NOW COME the Plaintiffs, Jane Doe and John Doe ("Plaintiffs"), by and through their counsel, James C. Vlahakis, and submit this *Unopposed* Motion to Extend Time to File a First Amended Complaint:

1. This is an unopposed motion, made in consultation with all defense counsel.

2. In response to two motions to dismiss (one of which is a combined motion of 30-pages), Plaintiffs were given until July 15, 2025, to file an Amended Complaint. Dkt. 47-49, 53.

3. In light of the recent holiday (which included a short vacation), unrelated work obligations and Plaintiffs' counsel's good faith analysis of the issues raised by Defendants' Motions to Dismiss (Dkt. 48-49), Plaintiffs seek an additional week, until July 22, 2025, to file their First Amended Complaint.

4. Defendants have been consulted and do not oppose this relief.

5. In light of this proposed new date, the parties propose to strike the July 22, 2025, telephonic status which was set by this Court to trail the filing of First Amended Complaint. Dkt. 53. In light of various schedules, the parties propose having a new telephonic status take

1

place on any of the following dates:

- August 6, 2025;
- August 7, 2025; or
- August 8, 2025.

6. Consistent with FRCP 1, FRCP 6(b)(1(A) and FRCP 15(a)(2), no harm or prejudice will result from granting this relief.

WHEREFORE, Plaintiffs respectfully request this this Honorable Court (a) grant them until July 22, 2025, to file their First Amended Complaint, (b) strike the status hearing set for July 22, 2025, and (c) result this status to a date convenient for this Court.

Respectfully submitted,

/s/ James C. Vlahakis
James C. Vlahakis
Vlahakis Law Group LLC
20 N. Clark Street
Suite 3300
Chicago, IL 60602
312-766-0511
jamesv@vlahakislaw.com

*Counsel for Plaintiffs*