## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

John Doe, et al.

                           Plaintiff,

v.

                                                  Case No.: 1:25–cv–04235
                                                  Honorable Matthew F. Kennelly

Nienhouse Group, Inc., et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' unopposed motion for extension of time [55] is granted; deadline for filing amended complaint is extended to 7/22/2025. The telephonic status hearing set for 7/22/2025 is vacated and reset to 8/6/2025 at 9:05 AM, using call–in number 650–479–3207, access code 2305–915–8729. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.