IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jane Doe and John Doe, | |
| Plaintiffs, | No. 25-cv-04235 |
| v. | Judge Matthew F. Kennelly |
| Nienhouse Group, Inc., Nick Lindsey, Catherine Nienhouse-Lindsey and Robert Nienhouse, | |
| Defendants. | |

**PLAINTIFFS'** *UNOPPOSED* **MOTION TO
EXTEND TIME TO FILE A FIRST AMENDED COMPLAINT**

Plaintiffs, Jane Doe and John Doe ("Plaintiffs"), by their counsel, James C. Vlahakis, submit this *Unopposed* Motion to Extend Time to File a First Amended Complaint:

1. This is an unopposed motion, made in consultation with all defense counsel.

2. In response to two motions to dismiss (one of which is a combined motion of 30-pages), Plaintiffs were given until July 15, 2025, to file an Amended Complaint. Dkt. 47-49, 53.

3. In light of recent data received from Defendant Nick Lindsey's counsel related to the forensic examination of Defendant Lindsey's defined Devices, ongoing efforts by Plaintiffs' counsel to obtain additional data from Defendant Lindsey's defined Devices, further analysis of data from Jane Doe's iPhone (by Plaintiffs' forensic vendor/expert), Plaintiffs' counsel's continued analysis of the issues raised by Defendants' Motions to Dismiss, and unrelated work and family obligations, Plaintiffs seek an additional week, until July 29, 2025, to file their First Amended Complaint.

4. Defendants do not oppose this short extension.

5. Consistent with FRCP 1, FRCP 6(b)(1(A) and FRCP 15(a)(2), no harm or

prejudice will result from granting this relief, where the recently revised status data of August 6, 2025 (Dkt. 56) will provide the parties with sufficient time to analyze the First Amended Complaint after it has been filed.

6. Should defendants need additional time to analyze the First Amended Complaint after it has been filed, Plaintiffs would agree to resetting the current status date.

WHEREFORE, for the above reasons, Plaintiffs respectfully request this this Honorable Court grant them until July 29, 2025, to file their First Amended Complaint.


Respectfully submitted,

/s/ James C. Vlahakis
James C. Vlahakis
Vlahakis Law Group LLC
20 N. Clark Street
Suite 3300
Chicago, IL 60602
312-766-0511
jamesv@vlahakislaw.com


*Counsel for Plaintiffs*