## PRIVILEGE LOG FOR DOCUMENTS RESPONSIVE TO THE
## PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION

| Date | Description | Author | Privilege |
|---|---|---|---|
| 1/31/25 | Correspondence to Robert Nienhouse | Karina Conley (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 1/31/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 1/31/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/3/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/4/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/4/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/4/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/4/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/6/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/6/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/7/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/7/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/7/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/7/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/7/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |

| Date | Description | Author | Privilege |
|---|---|---|---|
| | | | |
| 2/7/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/7/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/7/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/7/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/13/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/14/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/14/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/14/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/14/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/14/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/14/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/17/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/17/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/18/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/18/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/18/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |

| Date | Description | Author | Privilege |
|---|---|---|---|
|  |  |  |  |
| 2/19/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/19/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/19/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/19/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/19/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/19/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/21/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 2/24/25 | Correspondence to Julia Ross (McDonald Hopkins) | Robert Nienhouse | Attorney Client Privilege and Work Product Doctrine |
| 2/24/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 3/7/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |
| 3/28/25 | Correspondence to Robert Nienhouse | Julia Ross (McDonald Hopkins) | Attorney Client Privilege and Work Product Doctrine |