UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jane Doe and John Doe, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-04235 |
| | ) | |
| Nienhouse Group, Inc., Nick Lindsey, | ) | Judge Matthew F. Kennelly |
| Catherine Nienhouse-Lindsey and Robert | ) | |
| Nienhouse, | ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT NICK LINDSEY'S RESPONSE TO PLAINTIFFS'
MOTION TO COMPEL (ECF NO. 60).**

Defendant, Nick Lindsey ("Lindsey"), in response to Plaintiffs' Combined Motion (A) to Strike Defendant Nienhouse Group, Inc.'s Untimely Discovery Objections, (B) to Compel The Production Of Insurance Policies and Responsive Documents (C) to Produce a Proper Privilege Log and (D) Permit Access to Data From Defendant Lindsey's iPhone and MacBook Computer ("Motion") (ECF No. 60), states as follows:

1. In the Motion, Plaintiffs accurately report that Lindsey agrees that the data extracted from the iPhone and the MacBook owned by Nienhouse Group and in Lindsey's possession on January 25, 2025 should be shared with Plaintiffs' expert.

2. On the evening of August 4, 2025, counsel for Lindsey was informed that the MacBook, along with two unrelated devices, were stolen from Nick Lindsey's car that morning. The events of August 4, 2025 are outlined in the declarations from

Lindsey, Catherine Nienhouse and Robert Nienhouse attached hereto as Exhibits 1-3, respectively.

3. The Oakbrook police were notified and an incident number of OBPC2501154 was assigned. A copy of the Oakbrook Police Department's daily log for August 4, 2025 is attached hereto as Exhibit 4.

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010050 | OBPC2501154 | 8/4/25 11:44AM | OP03 | 700 COMMERCE DR |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| DUMITRU, ROBERT | BURGLARY | MOTOR VEHICLE DELAYED | | INCIDENT REPORT |

**DISPOSITION_COMMENT:**
RD124 - VICTIM REPORTED SOMEONE RUMMAGED THROUGH HIS VEHCILE. ONE APPLE LAPTOP, TWO PHONES, AND ONE KNIFE WERE TAKEN.

4. Prior to filing this response, undersigned counsel informed Plaintiffs' counsel of the break in and that the MacBook had been stolen.

5. As to the remaining relief sought by Plaintiffs, Lindsey takes no position.

Respectfully submitted,

*Nick Lindsey,*

/s/ *James W. Scales*
James W. Scales
Yates M. French
Rathje Woodward LLC
300 E. Roosevelt Rd. Suite 220
Wheaton, IL 60187
(630) 668-8500
jscales@rathjelaw.com
yfrench@rathjelaw.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on August 5, 2025 the foregoing was served on all counsel of record via CM/ECF filing.

/s/James W. Scales