IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE and JOHN DOE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NIENHOUSE GROUP, INC., ) <br> NICK LINDSEY, ) <br> CATHERINE NIENHOUSE-LINDSEY ) <br> and ROBERT NIENHOUSE ) <br> ) <br> Defendants. ) <br> ) | No. 1:25-cv-04235 <br><br> Judge Matthew F. Kennelly <br><br> Magistrate Judge M. David Weisman |

## DECLARATION OF NICK LINDSEY

I, Nick Lindsey, hereby declare as follows:

1. My name is Nick Lindsey. I am over 21 years of age. The statements in this declaration are made based on my personal knowledge and I would be competent to testify to them if called upon to do so.

2. I am an employee of the Nienhouse Group. On August 4, 2025, I was on a Google meet call from 10:30 to 11:10 a.m. with other employees of the Nienhouse group. Around 11:10 a.m., I informed those remaining on the call that I was heading into the Nienhouse Group's office located at 700 Commerce Drive Oakbrook, Illinois to retrieve additional GPS tracking devices to work on at home.

3. Retrieving watches from the office to test at my home is a common occurrence. I brought my backpack containing my company issued MacBook, two company issued cell phones, a company issued GPS tracking watch and two knives.

1

**Exhibit 1**

My intent in bringing my laptop was to activate the devices I intended to work on at the office and then allow them to gather various GPS datapoints as I drove.

4. I arrived at the subterranean parking garage for 700 Commerce Drive Oakbrook, Illinois at 11:30 a.m. I initially brought my backpack with me to the office but decided, in light of plumbers coming to my house that day between 1:00 p.m. and 6:00 p.m., that I did not have time to activate the devices and get home in time. I turned around in the tunnel entrance to the building and returned my backpack to the front seat of my car and locked the vehicle.

5. I was in the office for no more than ten minutes gathering six total watches for testing. I returned to my car just before 11:40 a.m. I noticed the driver door was slightly ajar. When I approached my car, the entire contents of my glovebox and center console had been thrown throughout the car and my backpack was missing.

6. I first called my wife, Catherine Nienhouse, and then the police who arrived within ten minutes. The police discovered my backpack in an empty parking spot a few rows away from my car. The MacBook, two cell phones and one of the knives were stolen from the backpack.

7. The police officer on the scene was Robert Dumitru, he appeared to be wearing a body camera, and I believe he took pictures of the scene. The officer informed me that my type of car, a Infiniti, was often a target for break ins due to a vulnerability in its security system. I have opened an incident report with the Oak Brook police that was assigned incident number OBPC2501154. It is my

**Exhibit 1**

understanding that an investigation is ongoing, but I have not yet received a police report.

8. Immediately thereafter, my wife and I went to the Apple Store in Oakbrook mall. There I discovered that because the MacBook was not turned on the find my device feature would not work. The Apple Store helped me set up a security system where the MacBook will be encrypted and I will be notified via email if the MacBook connects to the internet at any point. I have monitored my email closely since setting that feature up and have not yet received any notification.

9. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: August 5, 2025            /s/ Nick Lindsey

                                                                  Nick Lindsey

**Exhibit 1**