# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JANE DOE and JOHN DOE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:25-cv-04235 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| NIENHOUSE GROUP, INC., ) | |
| NICK LINDSEY, ) | Magistrate Judge M. David Weisman |
| CATHERINE NIENHOUSE-LINDSEY ) | |
| and ROBERT NIENHOUSE ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF CATHERINE NIENHOUSE

I, Catherine Nienhouse, hereby declare as follows:

1. My name is Catherine Nienhouse. I am over 21 years of age. The statements in this declaration are made based on my personal knowledge and I would be competent to testify to them if called upon to do so.

2. I am Nick Lindsey's wife as well as an employee of the Nienhouse Group. On August 4, 2025 around 10:00 a.m. I woke Nick Lindsey up for a meeting with other employees of the Nienhouse Group via Google meet. I observed Nick Lindsey using his Nienhouse Group issued MacBook for that meeting from 10:30 a.m. to around 11:10 a.m. in our home. At that time, Nick Lindsey told the other participants in the meeting that he was going to the Nienhouse Group's office located at 700 Commerce Drive Oakbrook, Illinois to retrieve additional GPS tracking devices to test at home.

1

**Exhibit 2**

3. Nick Lindsey departed from our home between 11:10 a.m. and 11:15 a.m. to travel to 700 Commerce Drive Oakbrook, Illinois. The commute is typically ten minutes. It was common for Nick Lindsey to make quick trips to the office to retrieve GPS devices for testing at home.

4. Nick Lindsey and I had a plumber scheduled to work on our home between the hours of 1:00 p.m. and 6:00 p.m. I did not want to be the only one home when the plumber arrived. Nick Lindsey said he would make his trip quick and was hoping to be back by 12:30 p.m.

5. At or around 11:40 a.m., Nick Lindsey called me and informed me that our car, an Infiniti, had been broken into at the parking garage located at 700 Commerce Drive Oakbrook, Illinois. I told Nick to call 9/11, which he did, and I called my dad, Robert Nienhouse. Robert Nienhouse then picked me up and we drove to 700 Commerce Drive Oakbrook, Illinois.

6. Upon arriving at the scene, I spoke with police officers who informed us that the MacBook and two phones owned by the Nienhouse Group had been stollen from Nick's backpack. The officer on the scene was Officer Robert Dumitru. We filed a report with the Oakbrook Police Department and were assigned incident number OBPC2501154. It is my understanding the investigation is ongoing.

7. The police instructed us to go to the Apple Store. Nick Lindsey and I immediately drove to the Apple Store in the nearby Oakbrook mall. It is my understanding that if the MacBook is ever opened or connected to the internet, we will receive an email at that time.

**Exhibit 2**

8. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: August 5, 2025          /s/ Catherine Nienhouse

                                               Catherine Nienhouse

**Exhibit 2**