IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE and JOHN DOE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NIENHOUSE GROUP, INC., ) <br> NICK LINDSEY, ) <br> CATHERINE NIENHOUSE-LINDSEY and ) <br> ROBERT NIENHOUSE ) <br> ) <br> Defendants. ) <br> ) | No. 1:25-cv-04235 <br><br> Judge Matthew F. Kennelly <br><br> Magistrate Judge M. David Weisman |

**DECLARATION OF ROBERT NIENHOUSE**

I, Robert Nienhouse, hereby declare as follows:

1. My name is Robert Nienhouse. I am over 21 years of age and the founder of Nienhouse Group. The statements in this declaration are made based on my personal knowledge and I would be competent to testify to them if called upon to do so.

2. On August 4, 2025, I was on a Google meet call with Nick Lindsey and others from 10:30 to roughly 11:00 a.m. Around 11:00 a.m. Nick Lindsey, who was currently at his home, informed me that he was going to go to our office located at 700 Commerce Drive Oakbrook, Illinois to retrieve additional GPS tracking devices to work on at home.

3. Nick Lindsey and I have been actively testing these GPS devices at our homes. It was a common occurrence for him to retrieve devices for testing at home, and I asked him to bring me a device as well.

4. At or around 11:43 a.m. I received a phone call from my daughter and Nick Lindsey's wife, Catherine Nienhouse, informing me that Nick Lindsey's car had been

1

<u>Exhibit 3</u>

broken into at our offices. I picked up Catherine Nienhouse and we travelled together to the office to meet with Nick Lindsey. When we arrived, the police were on the scene and I learned that the MacBook and two phones belonging to Nienhouse Group had been stolen from Nick Lindsey's car.

5. I was informed by the police officers that there were no security cameras of the subject area.

6. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: August 5, 2025

Robert Nienhouse

Exhibit 3