# CFS Log

## Oak Brook Police Department

**Date:** 8/4/25

---

| | | | | |
|---|---|---|---|---|
| **CFS No:** | **Incident Num:** | **Date/Time:** | **Beat:** | **Location:** |
| OBP25010077 | | 8/4/25 9:44PM | OP02 | 790 JORIE BLVD |

**PrimaryOfficer:** REED, JONATHAN
**Call Type:** DISPUTE
**Call Subtype:** REFUSE TO LEAVE
**Disposition:** PROVIDED ASSISTANCE AS NEEDED
**DISPOSITION_COMMENT:**

---

| | | | | |
|---|---|---|---|---|
| **CFS No:** | **Incident Num:** | **Date/Time:** | **Beat:** | **Location:** |
| OBP25010068 | | 8/4/25 6:06PM | OP02 | CROYDON LN |

**PrimaryOfficer:** REED, JONATHAN
**Call Type:** SUSPICIOUS
**Call Subtype:** SUSPICIOUS INCIDENT
**Disposition:** PROVIDED ASSISTANCE AS NEEDED
**DISPOSITION COMMENT:**

---

| | | | | |
|---|---|---|---|---|
| **CFS No:** | **Incident Num:** | **Date/Time:** | **Beat:** | **Location:** |
| OBP25010030 | | 8/4/25 12:25AM | | BUTTERFIELD RD / TRANS AM PLZ |

**PrimaryOfficer:**
**Call Type:** MAKE YOUR OWN CASE
**Call Subtype:** DEFAULT
**Disposition:** CANCELED BY TC
**DISPOSITION COMMENT:**

---

| | | | | |
|---|---|---|---|---|
| **CFS No:** | **Incident Num:** | **Date/Time:** | **Beat:** | **Location:** |
| OBP25010057 | | 8/4/25 1:45PM | OP03 | 22ND ST |

**PrimaryOfficer:**
**Call Type:** FALLS
**Call Subtype:** DEFAULT
**Disposition:**
**DISPOSITION_COMMENT:**

---

Page 1 of 11

<u>Exhibit 4</u>

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010037 | | 8/4/25  8:24AM | OP02 | 2915 JORIE BLVD |
| **PrimaryOfficer:** | **Call Type:** SICK PERSON (SPECIFIC DI | **Call Subtype:** DEFAULT | | **Disposition:** |

**DISPOSITION  COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010078 | | 8/4/25  9:47PM | OT02 | 2111 MIDWEST RD |
| **PrimaryOfficer:** SCHELLHORN, STEVEN A | **Call Type:** DOMESTIC | **Call Subtype:** DELAY | | **Disposition:** OTHER POLICE SERVICE |

**DISPOSITION  COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010033 | | 8/4/25  4:42AM | OP03 | 1114 COMMERCE DR |
| **PrimaryOfficer:** POYER, KAYLA | **Call Type:** SUSPICIOUS | **Call Subtype:** SUSPICIOUS VEHICLE | | **Disposition:** ADMINISTRATIVELY CLOSED |

**DISPOSITION_COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010080 | | 8/4/25  11:36PM | | ROOSEVELT RD / ROUTE 83 |
| **PrimaryOfficer:** SCANLAN, PATRICK | **Call Type:** TRAFFIC STOP | **Call Subtype:** DEFAULT | | **Disposition:** WARNING ISSUED |

**DISPOSITION_COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010056 | | 8/4/25  1:44PM | | ROUTE 83 / OAK BROOK RD |
| **PrimaryOfficer:** DUMITRU, ROBERT | **Call Type:** ACCIDENT | **Call Subtype:** ROLLOVER | | **Disposition:** CRASH REPORT |

**DISPOSITION  COMMENT:**

<u>**Exhibit 4**</u>

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010038 | | 8/4/25 8:25AM | | S YORK ST / BRUSH HILL RD |

| PrimaryOfficer: | Call Type: | Call Subtype: | Disposition: |
|---|---|---|---|
| DUMITRU, ROBERT | ASSIST | ASSIST OTHER POLICE DEPARTMENT | NOTES ADDED |

**DISPOSITION COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010049 | | 8/4/25 11:19AM | OP01 | SWAPS CT |

| PrimaryOfficer: | Call Type: | Call Subtype: | Disposition: |
|---|---|---|---|
| WALSH, TIMOTHY | DOMESTIC | DOMESTIC STANDBY | INCIDENT REPORT |

**DISPOSITION COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010039 | | 8/4/25 8:33AM | OP04 | 5 OAKBROOK CTR |

| PrimaryOfficer: | Call Type: | Call Subtype: | Disposition: |
|---|---|---|---|
| PEARCE, JUSTIN | ALARM-PD | COMMERCIAL BURGLAR ALARM | FALSE ALARM-UNEXPLAINED |

**DISPOSITION_COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010050 | OBPC2501154 | 8/4/25 11:44AM | OP03 | 700 COMMERCE DR |

| PrimaryOfficer: | Call Type: | Call Subtype: | Disposition: |
|---|---|---|---|
| DUMITRU, ROBERT | BURGLARY | MOTOR VEHICLE DELAYED | INCIDENT REPORT |

**DISPOSITION_COMMENT:**
RD124 - VICTIM REPORTED SOMEONE RUMMAGED THROUGH HIS VEHCILE. ONE APPLE LAPTOP, TWO PHONES, AND ONE KNIFE WERE TAKEN.

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010034 | | 8/4/25 4:44AM | LO6B | 2701 E TECHNOLOGY DR |

| PrimaryOfficer: | Call Type: | Call Subtype: | Disposition: |
|---|---|---|---|
| POYER, KAYLA | ASSIST | ASSIST OTHER POLICE DEPARTMENT | VIDED ASSISTANCE AS NEEDED |

**DISPOSITION COMMENT:**

**Exhibit 4**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010069 | | 8/4/25  6:22PM | | BUTTERFIELD RD / S FOUNTAIN SQUARE DR |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| KING, MARK | DISABLED VEHICLE | DISABLED VEHICLE | | PROVIDED ASSISTANCE AS NE |

**DISPOSITION COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010045 | | 8/4/25  10:04AM | | ROUTE 83 / OAK BROOK RD |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| ASFOUR, JOHNNY | DISABLED VEHICLE | DISABLED VEHICLE | | GONE ON ARRIVAL |

**DISPOSITION COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010051 | OBPC2501155 | 8/4/25  11:48AM | OP03 | 814 COMMERCE DR; DEVRY |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| ADDISON, MICHAEL | THREAT | GENERAL | | INCIDENT REPORT |

**DISPOSITION_COMMENT:**
MA88 - Trespass report for suspicious person

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010079 | | 8/4/25  10:41PM | | BUTTERFIELD RD / MEYERS RD |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| SCHELLHORN, STEVEN A | TRAFFIC STOP | DEFAULT | | WARNING ISSUED |

**DISPOSITION_COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010070 | | 8/4/25  6:27PM | OP01 | 2155 W 22ND ST |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| SCHELLHORN, STEVEN A | ACCIDENT | PRIVATE PROPERTY | | CRASH REPORT |

**DISPOSITION COMMENT:**

**Exhibit 4**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010074 | | 8/4/25 8:05PM | OP02 | WINDSOR DR |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| REED, JONATHAN | ASSIST | CITIZEN ASSIST | | PROVIDED ASSISTANCE AS NEEDED |

**DISPOSITION COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010044 | | 8/4/25 10:02AM | OP02 | 1200 OAK BROOK RD |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| ADDISON, MICHAEL | PROPERTY | LOST | | REFERRED TO OTHER AGENCY |

**DISPOSITION COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010059 | | 8/4/25 2:30PM | OP02 | 1200 OAK BROOK RD |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| KING, MARK | BANK | RUN | | OTHER POLICE SERVICE |

**DISPOSITION_COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010061 | | 8/4/25 2:54PM | OP02 | 1200 OAK BROOK RD |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| VAZQUEZ, DAISY | VIN VERIFICATION | DEFAULT | | PROVIDED ASSISTANCE AS NEEDED |

**DISPOSITION_COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010062 | | 8/4/25 3:15PM | OP02 | 1200 OAK BROOK RD |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| PFOTENHAUER, JOSHUA | OTHER TROUBLE | DEFAULT | | ADMINISTRATIVELY CLOSED |

**DISPOSITION COMMENT:**

<u>**Exhibit 4**</u>

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010066 | | 8/4/25  4:35PM | | YORK RD / OAK BROOK RD |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| ADDISON, MICHAEL | JUVENILE PROBLEM | DEFAULT | | GONE ON ARRIVAL |

**DISPOSITION  COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010031 | | 8/4/25  1:35AM | OP01 | 1725 W 22ND ST |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| ROMANOW, WILLIAM | ALARM-PD | COMMERCIAL BURGLAR ALARM | | FALSE ALARM-UNEXPLAINED |

**DISPOSITION  COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010036 | | 8/4/25  7:38AM | OP04 | 90 OAKBROOK CTR |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| VAZQUEZ, DAISY | ALARM-PD | COMMERCIAL BURGLAR ALARM | | FALSE ALARM - OWNER/EMPLOYEE RESPONSIBLE |

**DISPOSITION_COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010041 | | 8/4/25  9:40AM | OP03 | 2055 CLEARWATER DR |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| | BREATHING/TROUBLE BREA | DEFAULT | | |

**DISPOSITION_COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010042 | | 8/4/25  9:58AM | OP04 | 1 OAKBROOK CTR |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| ASFOUR, JOHNNY | EXTRA PATROL | FOOT PATROL | | EXTRA PATROL CONDUCTED |

**DISPOSITION  COMMENT:**

**Exhibit 4**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010064 | | 8/4/25  3:38PM | OP01 | 2525 W 22ND ST |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| ADDISON, MICHAEL | SUSPICIOUS | SUSPICIOUS VEHICLE | | NOTES ADDED |

**DISPOSITION  COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010058 | | 8/4/25  1:45PM | | ROUTE 83 / OAK BROOK RD |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| | ACCIDENT | ROLLOVER | | CANCELED BY TC |

**DISPOSITION  COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010043 | | 8/4/25  9:59AM | OP03 | 1909 SPRING RD |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| DUMITRU, ROBERT | EXTRA PATROL | BUILDING CHECK | | EXTRA PATROL CONDUCTED |

**DISPOSITION_COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010063 | | 8/4/25  3:35PM | OP01 | 2155 W 22ND ST |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| VAZQUEZ, DAISY | FOLLOW-UP | DEFAULT | | |

**DISPOSITION_COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010055 | | 8/4/25 12:53PM | OP01 | SADDLE BROOK DR |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| WALSH, TIMOTHY | EXTRA PATROL | RESIDENTIAL PATROL | | EXTRA PATROL CONDUCTED |

**DISPOSITION  COMMENT:**

**Exhibit 4**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010075 | | 8/4/25  8:11PM | | ROYAL VALE DR / SWAPS CT |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| SCHELLHORN, STEVEN A | LOCK OUT | | | LOCK OUT ENTRY GAINED |

**DISPOSITION  COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010032 | | 8/4/25  2:14AM | | ROUTE 83 / BUTTERFIELD RD |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| MATHEW, LIBU | | DEFAULT | | NO SERVICE NECESSARY |

**DISPOSITION  COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010073 | | 8/4/25  7:13PM | | MIDWEST RD / BUTTERFIELD RD |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| REED, JONATHAN | ACCIDENT | PROPERTY DAMAGE ONLY DEL | | CRASH REPORT |

**DISPOSITION_COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010047 | | 8/4/25  10:13AM | OP02 | 1200 OAK BROOK RD |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| ADDISON, MICHAEL | FOLLOW-UP | DEFAULT | | REFERRED TO OTHER AGENCY |

**DISPOSITION_COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010065 | | 8/4/25  4:30PM | | 16TH ST / ROUTE 83 |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| VAZQUEZ, DAISY | OTHER TROUBLE | DEFAULT | | PROVIDED ASSISTANCE AS NEEDED |

**DISPOSITION  COMMENT:**

**Exhibit 4**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: | |
|---|---|---|---|---|---|
| OBP25010072 | | 8/4/25 6:44PM | OP04 | 922 OAKBROOK CTR | |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** | |
| SCANLAN, PATRICK | SICK PERSON (SPECIFIC DI | DEFAULT | | PROVIDED ASSISTANCE AS NEEDED | |
| **DISPOSITION COMMENT:** | | | | | |

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010067 | | 8/4/25 4:48PM | | MCDONALD DR / 22ND ST |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| ADDISON, MICHAEL | ACCIDENT | APDO | | PROVIDED ASSISTANCE AS NEEDED |
| **DISPOSITION COMMENT:** | | | | |

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010035 | | 8/4/25 7:14AM | OP01 | SUFFOLK LN |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| | ALARM-FD | RESIDENTIAL | | |
| **DISPOSITION_COMMENT:** | | | | |

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: | |
|---|---|---|---|---|---|
| OBP25010054 | OBPC2501156 | 8/4/25 12:52PM | OP04 | 1 OAKBROOK CTR; Macy's | BOOKER, TABIUS M M/B 6/24/04<br>1300 COOPERS HAWK WAY<br>MIDDLEBURG, FL 32068 |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** | |
| BUBASH, MICHAEL | SUBJECT STOP | DEFAULT | | ARREST MADE | |
| **DISPOSITION_COMMENT:** | | MB99 - VO retail theft subject released on scene | | | |

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010076 | | 8/4/25 8:38PM | OP01 | 3001 BUTTERFIELD RD |
| **PrimaryOfficer:** | **Call Type:** | **Call Subtype:** | | **Disposition:** |
| | TRAFFIC VIOLATION | RECKLESS DRIVER | | CANCELED BY TC |
| **DISPOSITION COMMENT:** | | | | |

<u>**Exhibit 4**</u>

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010040 | | 8/4/25  8:55AM | | OAK BROOK RD / SPRING RD |

| PrimaryOfficer: | Call Type: | Call Subtype: | Disposition: |
|---|---|---|---|
| ADDISON, MICHAEL | OTHER TROUBLE | DEFAULT | OTHER POLICE SERVICE |

**DISPOSITION  COMMENT:**

---

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010048 | | 8/4/25  11:13AM | OP02 | 1200 OAK BROOK RD |

| PrimaryOfficer: | Call Type: | Call Subtype: | Disposition: |
|---|---|---|---|
| KING, MARK | ERRANDS | DEFAULT | OTHER POLICE SERVICE |

**DISPOSITION  COMMENT:**

---

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010052 | | 8/4/25  12:31PM | | ROUTE 83 / OAK BROOK RD |

| PrimaryOfficer: | Call Type: | Call Subtype: | Disposition: |
|---|---|---|---|
| ASFOUR, JOHNNY | DISABLED VEHICLE | DISABLED VEHICLE | PROVIDED ASSISTANCE AS NEEDED |

**DISPOSITION_COMMENT:**

---

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010060 | | 8/4/25  2:36PM | | SPRING RD / WASHINGTON ST |

| PrimaryOfficer: | Call Type: | Call Subtype: | Disposition: |
|---|---|---|---|
| VAZQUEZ, DAISY | JUVENILE PROBLEM | DEFAULT | GONE ON ARRIVAL |

**DISPOSITION_COMMENT:**

---

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010046 | | 8/4/25  10:09AM | | OAKBROOK CENTER MALL -OB |

| PrimaryOfficer: | Call Type: | Call Subtype: | Disposition: |
|---|---|---|---|
| DUMITRU, ROBERT | EXTRA PATROL | FOOT PATROL | EXTRA PATROL CONDUCTED |

**DISPOSITION  COMMENT:**

**Exhibit 4**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: SADDLE |
|---|---|---|---|---|
| OBP25010053 | | 8/4/25 12:35PM | OP01 | BROOK DR |
| **PrimaryOfficer:** | **Call Type:** | | **Call Subtype:** | **Disposition:** |
| WALSH, TIMOTHY | SOLICITOR COMPLAINT | | DEFAULT | GONE ON ARRIVAL |

**DISPOSITION COMMENT:**

| CFS No: | Incident Num: | Date/Time: | Beat: | Location: |
|---|---|---|---|---|
| OBP25010071 | | 8/4/25 6:35PM | OP03 | 210 22ND ST |
| **PrimaryOfficer:** | **Call Type:** | | **Call Subtype:** | **Disposition:** |
| REED, JONATHAN | ASSIST | | CITIZEN ASSIST | PROVIDED ASSISTANCE AS NEEDED |

**DISPOSITION COMMENT:**

Page 11 of 11

**Exhibit 4**