# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

John Doe, et al.

                                Plaintiff,

v.                                                     Case No.: 1:25–cv–04235
                                                     Honorable Matthew F. Kennelly

Nienhouse Group, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 8/6/2025. Plaintiff's motion to strike and compel [60] is granted in part as more fully stated on the record. (a) The objections by defendant Nienhouse Group to interrogatories 2; 7; 8; 13; and 14 are stricken; defendant is directed to answer those interrogatories in full by 8/13/2025. (b) Rule 26(a)(1) disclosures are to be made by 8/13/2025. (c) Defendant Nienhouse Group is directed to turn over the material downloaded from defendant Lindsey's devices to plaintiff's counsel by 8/13/2025. (d) The plaintiff is directed to serve upon defendant Lindsey by 8/6/2025 narrow and focused discovery requests regarding the Macbook iCloud/backup issue discussed during the hearing by 8/6/2025. Defendant Lindsey is directed to answer those requests by 8/11/2025. (e) The parties are directed to immediately secure any and all devices that contain information that is relevant to this lawsuit. (f) The motions to dismiss the previous version of the complaint will stand as to the current version of the complaint. Defendants have leave to file a 10–page supplement by 8/27/2025. Plaintiff's response to the motions to dismiss is due 9/24/2025; defendants' reply is due 10/8/2025. (g) In person status hearing is set for 9/2/2025 at 9:30 a.m. The hearing will be held in Courtroom 2103. (h) A joint status report is to be filed on 8/26/2025. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.