IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE and JOHN DOE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NIENHOUSE GROUP, INC., ) <br> NICK LINDSEY, ) <br> CATHERINE NIENHOUSE-LINDSEY ) <br> and ROBERT NIENHOUSE ) <br> ) <br> Defendants. ) | No. 1:25-cv-04235 <br><br> Judge Matthew F. Kennelly <br><br> Magistrate Judge M. David Weisman |

### DEFENDANT NICK LINDSEY'S MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

Defendant, Nick Lindsey, respectfully moves this Court, pursuant to Local Rule 26.2 and the Confidentiality Order entered on May 23, 2025 (Dkt. 33) for leave to file his *Motion for Temporary Protective Order From Supplementing Certain Discovery Responses* under seal. In support of his motion, Defendant Lindsey states as follows:

1. On May 23, 2025, this Court entered an agreed confidentiality order that governs the use, disclosure and filing of confidential information. (Dkt. 25, ¶ 7)

2. Today, contemporaneously filed with this Motion, Defendant Lindsey filed his *Motion for Temporary Protective Order From Supplementing Certain Discovery Responses* (Dkt. 72). Defendant Lindsey's Motion contains sensitive and confidential information.

3. Certain aspects of the corresponding Motion also contain protected confidential health information. The details of Defendant Lindsey's "protected health information" shall have the same scope and definition as set forth in 45 C.F.R. § 160.103 and 164.50.

WHEREFORE, for the reasons set forth herein, Defendant Lindsey respectfully requests this Court grant him leave to file, in its entirety, his *Motion for Temporary Protective Order From Supplementing Certain Discovery Responses* (Dkt. 72) under seal *instanter* under the terms of the agreed confidentiality order.

Dated: August 26, 2025

Respectfully Submitted,

 /s/ Yates M. French
Yates M. French (#6296526)
James W. Scales (#6344173)
RATHJE WOODWARD LLC
300 E. Roosevelt, Suite 300
Wheaton, Illinois 60187
Ph: 630-668-8500
Fax: 630-668-9218
yfrench@rathjelaw.com
jscales@rathjelaw.com
*Attorneys for Defendant Nick Lindsey*

**CERTIFICATE OF SERVICE**

    I, Yates M. French, an attorney, certify that I caused a copy of the foregoing *Motion for Leave to File Under Seal* to be served via ECF on all counsel of record this 26th day of August, 2025.

| | |
|---|---|
| James C. Vlahakis | Ryan Neri |
| Vlahakis Law Group LLC | Christopher J. Seusing |
| 20 N. Clark Street, Suite 3300 | Jonathon Ibarra |
| Chicago, IL 60602 | Wood Smith Henning & Berman LLP |
| 312-766-0511 | 222 South Riverside Plaza, Suite 640 |
| 312-648-6127 | Chicago, IL 60606 |
| jamesv@vlahakislaw.com | (312) 766-4450 |
| *Attorney for Plaintiffs* | Email: rneri@wshblaw.com |
| | Email: cseusing@wshblaw.com |
| | Email: jibarra@wshblaw.com |
| | *Attorneys for Defendants Nienhouse Group, Inc., and CAM Systems* |

                                                By: /s/ Yates M. French