# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

John Doe, et al.
                       Plaintiff,

v.                                               Case No.: 1:25–cv–04235
                                                        Honorable Matthew F. Kennelly

Nienhouse Group, Inc., et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Agreed motion for extension of briefing schedule [76] is granted. Due date for defendants' supplement regarding motion to dismiss is extended to 9/26/2025; due date for response to motions to dismiss is extended to 10/24/2025; due date for reply is extended to 11/7/2025. Defendant Lindsey's motion to file under seal [73] is granted. Defendant Lindsey's motion for temporary restraining order regarding discovery responses [72] is denied, without prejudice to the prompt filing of a renewed motion that is supported by documentation or other evidence supporting the claimed emergency. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.