UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

John Doe, et al.
                Plaintiff,

v.                                         Case No.: 1:25−cv−04235
                                                          Honorable Matthew F. Kennelly

Nienhouse Group, Inc., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person status and motion hearings held on 9/2/2025. Rulings made in open court are summarized as follows: (1) Plaintiffs' motion to file under seal [86] is granted. In addition the Clerk is directed to place the response by plaintiffs [87] under seal. (2) Any objection to the motion to reassign case 25 C 10202 is to be filed by 10/2/2025; reply is due 10/23/2025. Attorney for plaintiffs is directed to transmit a copy of this order to the attorney for the insurer in case 25 C 10202. (3) Defendant Lindsey's renewed motion for temporary protective order [84] is granted in part. Defendant Lindsey has until 9/15/2025 to supplement his answers to interrogatories 8 and 9 and to produced associated documents. Defendant's must supplement his responses to the at−issue requests to admit by 5:00 p.m. today (9/2/2025). (4) Argument heard on plaintiffs' motion for sanctions [70] the motion is entered and continued as stated in open court. Defendants are directed to put in place a process for examining the forensic copy of plaintiff Jane Doe's cell phone. A status report by defendants addressing this is to be filed by 9/12/2025. (5) On plaintiffs&#0;39; motion to compel as to defendant Nienhouse Group: (a) it appears the insurance policy has been produced in full; (b) defendant's objections to discovery requests are not deemed to be waived due to lateness; (c) a revised privilege log as proposed in defendant's response is to be produced by 9/12/2025; (d) documents are to be produced by 9/9/2025 as proposed by defendant; and (e) (this next point was not expressly addressed at the hearing) the investigative report over which privilege is claimed is to be produced for in camera inspection in paper format by 12:00 noon on 9/3/2025. (7) The case is set for an in−person status hearing on 9/19/2025 at 10:00 a.m. Mr. Robert Nienhouse as the CEO of Nienhouse Group is ordered to appear in person for the 9/16/2025 status hearing unless defendants' status report due on 9/12/2025 discloses that a process is in place for prompt examination of the forensic copy of plaintiff Jane Doe's cell phone; if so Mr. Nienhouse's appearance is excused. The in−person hearing will be held in Courtroom 2103. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.