# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

John Doe, et al.
                    Plaintiff,

v.                                           Case No.: 1:25−cv−04235
                                                       Honorable Matthew F. Kennelly

Nienhouse Group, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 19, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person status hearing held on 9/19/2025. Oral ruling made on the investigative report. The defendant is directed to produce certain sections of the report as more fully described in open Court. Ruling on the motion for sanctions and filing of the defendants' responses to the amended complaint are tabled pending settlement−related discussions among the parties. The case is set for an in−person status hearing on 10/22/2025 at 9:45 a.m. The hearing will be held in Courtroom 2103. The parties are directed to file a joint status report by 10/17/2025. Plaintiffs' motion to compel [98] is withdrawn without prejudice. Plaintiff's motion for leave to file [83] is terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.