**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

John Doe, et al.
                                          Plaintiff,

v.                                                                 Case No.: 1:25−cv−04235
                                                                           Honorable Matthew F. Kennelly

Nienhouse Group, Inc., et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 28, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to vacate the 10/30/2025 status hearing [112] is denied, but the parties should be prepared to set, at that hearing, prompt deadlines for responses to the amended complaint, the reply on the motion for sanctions, and a discovery schedule. Prior to the hearing, the parties are ordered to confer in good faith on a discovery schedule so that they can make a proposal to the Court at the hearing. In addition, the time for the status and motion hearing on 10/30/2025 is moved to 10:00 AM, in Courtroom 2103. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.