IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jane Doe and John Doe, | |
| Plaintiffs, | No. 25-cv-04235 |
| v. | Judge Matthew F. Kennelly |
| Nienhouse Group, Inc. and Nick Lindsey, | Magistrate Judge M. David Weisman |
| Defendants. | |

**Plaintiffs' Motion For Leave to Remove Dkt. No. 122-2 and 122-3**

NOW COME the Plaintiffs, Jane Doe and John Doe ("Plaintiffs"), by and through their counsel, and move for Leave to Remove Dkt. No. 122-2 and 122-3:

1. Plaintiffs filed proposed exhibits as Docket Nos. 122-2 and 122-3 (two email strings) in support of the proposed Reply in support of their Motion for Sanctions. Through inadvertence, these documents did not redact Jane Doe's last name from the subject lines of the proposed exhibits.

2. Plaintiffs have just recently filed <u>redacted</u> versions as part of their Reply. Dkt. 125.

3. No harm or prejudice will come from granting this relief.

WHEREFORE, Plaintiffs request that this Honorable Court instruct the Clerk of Court to administratively remove Docket Nos. 122-2 and 122-3.

Respectfully submitted,

/s/ James C. Vlahakis

Vlahakis Law Group LLC
20 N. Clark Street Suite 3300
Chicago, IL 60602
312-766-0511
jamesv@vlahakislaw.com
*Counsel for Plaintiffs*