**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

John Doe, et al.
                               Plaintiff,

v.                                          Case No.: 1:25−cv−04235
                                                      Honorable Matthew F. Kennelly

Nienhouse Group, Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 17, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion to remove items from docket [126] is granted. The Clerk is directed to remove the images of items 122−2 and 122−3 from the docket in this case. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.