# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

John Doe, et al.
                              Plaintiff,

v.                                                     Case No.: 1:25−cv−04235
                                                           Honorable Matthew F. Kennelly

Nienhouse Group, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 19, 2025:

      MINUTE entry before the Honorable M. David Weisman: Defendant Nienhouse Group, Inc.'s motion for clarification [129] is granted in part. Coverage counsel's in−person attendance at the 12/5/25 settlement conference is sufficient. Any request regarding the 11/25/25 status hearing should be presented to the district court. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.