**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

John Doe, et al.
                              Plaintiff,

v.                                                    Case No.: 1:25−cv−04235
                                                           Honorable Matthew F. Kennelly

Nienhouse Group, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 25, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status and motion hearings held on 11/25/2025. Plaintiffs' motion to compel [133] is granted. Defendant Nienhouse Group is directed to comply with request 74 and 75 by 12/2/2025. Defendant Nienhouse Group is also directed to comply with Rule 33(d) and 34 (b)(2)(E)(i) by 12/9/2025. Plaintiffs' motion to compel [135] is granted in part and continued in part to the following extent: the motion is granted as it relates to financial documents. Nienhouse Group is ordered to produce its most current balance sheet. The case is set for a telephonic status hearing on 12/18/2025 at 9:00 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. The parties are directed to file a joint status report by 12/15/2025. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.