# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

John Doe, et al.

                        Plaintiff,

v.                                                    Case No.: 1:25−cv−04235
                                                                  Honorable Matthew F. Kennelly

Nienhouse Group, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 6, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the status report filed by counsel for plaintiff and defendant Lindsey. Counsel for the other defendant(s) are directed to file a status report *today* stating whether they agree with the the plaintiff/Lindsey status report. The telephonic status hearing set for 1/9/2026 is vacated and reset to 2/3/2026 at 8:50 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. A joint status report describing in detail the parties' progress in completing their settlement is to be filed on 1/27/2026 unless a stipulation for dismissal is on file by that date. Based on the parties' announced settlement, all pending motions are terminated without prejudice to reinstatement [70] [135] [142] [143]. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.